IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

D. MARIA SCHMIDT as Personal Representative
of the Estate of ROBERT PARKER, Deceased,
and LINDA PARKER,

      Plaintiff,

v.                                    Case No. 1:17-cv-01187-LF-SCY

ABF FREIGHT SYSTEM, INC., a Foreign Profit
Corporation doing business in New Mexico, and
TIMOTHY YERINGTON,

      Defendants.

### ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE AGAINST ABF FREIGHT SYSTEM, INC. AND TIMOTHY YERINGTON

THIS MATTER having come before the Court on the parties' *Joint Motion to Dismiss Plaintiff's Claims with Prejudice against ABF Freight System, Inc. and Timothy Yerington*, the Court having reviewed the Joint Motion, and otherwise being fully advised in the premise, finds that the Joint Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows: The parties' *Joint Motion to Dismiss Plaintiffs' Claims with Prejudice against ABF Freight System, Inc. and Timothy Yerington* is granted and Plaintiff's claims against ABF Freight System, Inc. and Timothy Yerington are dismissed with prejudice.

_____
THE HONORABLE LAURA FASHING
United States Magistrate Judge

Submitted and approved by:

*/s/ Lance D. Richards, Electronically submitted 12/3/19*
Lance D. Richards
Lauren R. Wilber
CIVEROLO, GRALOW & HILL P.A.
20 First Plaza NW, Suite #500
Albuquerque, NM 87103-0887
(505) 764-6057
Fax: (505) 764-6099
richardsl@civerolo.com
*Attorney for Defendants*


*Approved via e-mail 11/26/19*
DAVID M. HOULISTON, ESQ.
7500 Jefferson Street NE, Suite 106
Albuquerque, NM 87109
Phone: (505) 247-1223
Fax: (505) 214-5204
david@houlistonlaw.com

AND

Dean E. Border
Border Law Office, P.A.
12300 Menaul Blvd. NE
Albuquerque, NM 87112
Phone: (505) 243-6888
Fax:  (505) 842-6042
dean@borderlawoffice.com
*Attorneys for Plaintiff*